**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE: CANDY D. WILSON                                         CHAPTER 13

DEBTOR                                                         CASE NO. 12-13703 JDW

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS [DOCUMENT NO. 51]

COMES NOW, Candy D. Wilson, by and through her attorney of record and in response to the Trustee's Motion To Dismiss and would show as follows:

Debtor respectfully requests her case not be dismissed. Debtor is in the process of modifying her plan to surrender the mobile home. After that motion is heard, she requests that her wage order be amended and any arrearage be added back into her plan.

WHEREFORE, PREMISES CONSIDERED, Debtor prays, upon a hearing hereon, this Court deny Trustee's Motion To Dismiss. Debtor prays also for such other relief, general or specific, to which she may be entitled.

RESPECTFULLY SUBMITTED,

/s/ Karen B. Schneller
KAREN B. SCHNELLER, MSB #6558
ROBERT H. LOMENICK, JR., MSB #104186
NORTH MS BANKRUPTCY GROUP, PLLC
126 N. SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI  38635
(662) 252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

### CERTIFICATE OF SERVICE

I, Karen B. Schneller/Robert H. Lomenick, Attorney for Debtors, do hereby certify that I have this day forwarded, a true and correct copy of the above and foregoing Response To Motion To Dismiss to the Debtors, either by electronic means or by United States Mail to the following: .

**Locke Barkley**
**Chapter 13 Trustee**
**6360 I 55 North, Suite 140**
**Jackson, Mississippi 39211**

**U.S. Trustee**
**501 East Court Street, Suite 6-430**
**Jackson, Mississippi 39269**

This the 9th day of December, 2014.

/s/ Karen B. Schneller
KAREN B. SCHNELLER
ROBERT H. LOMENICK, JR.