# NORTH MISSISSIPPI BANKRUPTCY GROUP

Attorneys at Law
126 North Spring Street
P. O. Box 417*
Holly Springs, Mississippi 38635

Karen B. Schneller
Robert H. Lomenick, Jr.

Phone: 662-252-3224
Fax:    662-252-2858

March 3, 2015

United States Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

Re:   Candie Wilson
      Chapter 13 Bankruptcy No. 12-13703

Dear Clerk:

Please be advised that the correct mailing address for the debtor in the above referenced cause of action is as follows:

**Candie Wilson
1920 St. Paul Road
Byhalia, MS 38611**

Should you have any questions or need any further information, please do not hesitate to contact my office.

Sincerely,

KAREN B. SCHNELLER

KBS/jb

---

Olive Branch Office
7289 Goodman Road
Olive Branch, MS 38654
Phone (662) 890-3100 Fax (662) 252-2858

* Mailing Address